IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA JOY DAVIS,<br><br>           Plaintiff,<br><br>   vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of<br>Social Security,<br><br>           Defendant. | **8:21CV294**<br><br><br>**ORDER** |

Plaintiff has filed an application to proceed with this litigation without prepaying fees or costs. (Filing No. 2). The information contained in Plaintiff's affidavit demonstrates that Plaintiff is eligible to proceed in forma pauperis.  Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs (Filing No. 2) is approved. Plaintiff may proceed in this matter without prepaying fees or costs.

2. This order is entered without prejudice to the court later entering an order taxing costs in this case. No one, including any plaintiff, is relieved by this order from the obligation to pay or to reimburse taxable costs after this action is over.

Dated this 2nd day of August, 2021.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge