# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA J. D., | **8:21CV294** |
| Plaintiff, | |
| vs. | **ORDER** |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security; | |
| Defendant. | |

IT IS ORDERED that Defendant's unopposed motion for extension of time (Filing 22) is granted. Defendant shall have until February 23, 2022, to file a Motion for an Order Affirming the Commissioner's Decision and supporting brief.

Dated this 19th day of January 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge