IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| LISA J. D., | 8:21CV294 |
| Plaintiff, | |
| vs. | ORDER |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security; | |
| Defendant. | |

IT IS ORDERED that Defendant's unopposed second motion for extension of time (Filing 26) is granted. Defendant shall have until March 10, 2022, to file a Motion for an Order Affirming the Commissioner's Decision and supporting brief.

Dated this 23rd day of January 2022.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge